## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

PAVEL MOLODETSKIY,        )
                                      )
        Plaintiff,       )
                                      )
    v.                  )    **No. 3:07-1046**
                                      )    **Judge Echols**
NORTEL NETWORKS SHORT-TERM  )
AND LONG-TERM DISABILITY    )
PLAN,                           )
                                      )
        Defendant.     )

## ORDER

For the reasons stated in the accompanying Memorandum, the Court rules as follows:

(1)   Plaintiff Pavel Molodetskiy's Motion for Judgment on the ERISA Record (Docket Entry No. 14) is hereby GRANTED;

(2)   Defendant's Motion For Judgment On The Administrative Record (Docket Entry No. 16) is hereby DENIED;

(3)   the decision of Nortel Networks Short-Term And Long-Term Disability Plan to terminate Plaintiff's long-term disability benefits is hereby REVERSED;

(4)   the matter is hereby REMANDED to the Nortel Networks Short-Term And Long-Term Disability Plan for a full and fair inquiry in accordance with Sixth Circuit precedent into whether Plaintiff was totally disabled under the Plan effective May 18, 2005;

(5)   this case is hereby DISMISSED WITH PREJUDICE; and

(6)   entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE